UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:17-cv-133-JLS-KESx              Date: February 2, 2017
Title: David Padua v. Robert Pace, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2016-00877484-CL-UD-CJC

      Plaintiff David Padua filed this unlawful detainer action against Defendants Robert Pace and Therese Pace on September 27, 2016 in Orange County Superior Court. (Compl., Doc. 1.) Defendants removed the case to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331. (Notice of Removal, Doc. 1.) Where a federal district court lacks subject-matter jurisdiction, it must remand the case, and has the discretion to do so *sua sponte*. *See Kelton Arms Condo. Owners Ass'n, Inc. v. Homestead Ins. Co.*, 346 F.3d 1190, 1192 (9th Cir. 2003) (citing 28 U.S.C. § 1447(c)). Defendants have removed this action once before. (*See* Notice of Removal, Case No. 8:16-cv-01992-JLS-KES, Doc. 1.) The Court remanded the action because the requirements for federal question and diversity jurisdiction were not met. (*See* Order, Case No. 8:16-cv-01992-JLS-KES, Doc. 6.) In light of the Court's previous remand order, the Court *sua sponte* REMANDS this matter to Orange County Superior Court (30-2016-00877484-CL-UD-CJC) and closes this case.

Initials of Preparer: tg